| AO-10 Rev. 1/94 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 1994 | Report Required by the Ethics Reform Act of 1987, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 1, 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KING, GEORGE H. | United States District Court Central District of California | 4/27/95 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge Full Time | X Nomination, Date 4/27/95 __ Initial __ Annual __ Final | 1/1/94 - 4/27/95 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 312 North Spring Street Los Angeles, CA. 90012 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions) | |

_____  _____
_____  _____
_____  _____

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements) | |

_____  _____
_____  _____
_____  _____

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| 1. _____ | Howrey & Simon (Spouse) (Law) | $_____ |
| 2. _____ | Wells Fargo Bank (Interest) | $365.75 |
| 3. _____ | _____ | $_____ |
| 4. _____ | _____ | $_____ |
| 5. _____ | _____ | $_____ |

| · FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>GEORGE H. KING | Date of Report<br>4 / 27/ 95 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |

1. Exempt
2.
3.
4.
5.
6.
7.

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts) | | |
| 1. Exempt | | $ |
| 2. | | $ |
| 3. | | $ |
| 4. | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X NONE (No reportable liabilities) | | |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |

* VALUE CODES:   J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 to $250,000

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting GEORGE H. KING | Date of Report 4/27/95 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions    (Includes those of spouse and dependent children. See pp. 37-54 of Instructions )

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(E)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or Int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | E X E M P T | | | | | |
| 1 Meridan Bancorp  (Self) | C | Div. | L | T | | | | | | |
| 2 Nat'l Bank of Detroit  (Self) | B | Div. | K | T | | | | | | |
| 3 Pepsi Co. Inc.   (Self) | A | Div. | K | T | | | | | | |
| 4 Prudential Easygrowth TREASURY RCPT SER 10 (Self) | A | Apprec in Value | I | T | | | | | | |
| 5 "          "     (Spouse) | A | " | J | T | | | | | | |
| 6 Prudential Money Market Asset Fund -(Self) | A | Div. | K | T | | | | | | |
| 7 "          "     (Spouse) | A | Div. | J | T | | | | | | |
| 8 Wells Fargo Money Market (J) | A | Int. | J | T | | | | | | |
| 9 Fidelity Southeast Asian Mutual Fund  (DC) | A | Div. | J | T | | | | | | |
| 10 Fidelity Growth Mutual Fund   (DC) | A | Div. | J | T | | | | | | |
| 11 Bennigan & Mercer Profit Sharing Plan  (Spouse) | B | Int.; Div. | K | T | | | | | | |
| 12 Toys R Us   (Spouse) | A | Div. | J | T | | | | | | |
| 13 Trust for Short Term U.S. Govt Securities (Spouse) | A | Div. | J | T | | | | | | |
| 14 Howrey & Simon Pension Plan  (Spouse) | A | Int.; Div. | K | T | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less B=$1,001 to $2,500 | C=$2,501 to $5,000 D=$5,001 to $15,000 | E=$15,001 to $50,000 F=$50,001 to $100,000 | G=$100,001 to $1,000,000 H=More than $1,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1 & D3) | J=$15,000 or less K=$15,001 to $50,000 | L=$50,001 to $100,000 M=$100,001 to $250,000 | N=$250,001 to $500,000 O=More than $1,000,000 | N=$100,001 to $250,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal R=Book Value | S=Cost (real estate only) V=Other | U=Assessment W=Estimated | T=Cash/Market |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>GEORGE H. KING | Date of Report<br>4/27/95 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____  Date __4/27/95__

GEORGE H. KING

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
One Columbus Circle, N.E., Suite 2-301,
Washington, DC 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including b accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including det mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 4000 | — | | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | 8300 | — | | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | 120,000 | — | | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | — | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax – deferred | 1040 | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule | 538,000 | | |
| Real estate owned—add schedule | 960,000 | — | | Chattel mortgages and other liens payable | 27,000 | | |
| Real estate mortgages receivable | | | | Other debts—itemize | | | |
| Autos and other personal property | 126,000 | — | | | | | |
| Cash value—life insurance | 940 | — | | | | | |
| Other assets—itemize See Schedule | 115,640 | | | | | | |
| | | | | Total liabilities | 566,040 | | |
| | | | | Net worth | 768,843 | | |
| Total assets | 1,334,883 | | | Total liabilities and net worth | 1,334,883 | | |

| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | ** | | | Are any assets pledged? (Add schedule.) | No | | |
| On leases or contracts | — | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | — | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | — | | | | | | |
| Other special debt | — | | | | | | |

** The property on Mabel Avenue in Monterey Park, California (item "C" under Real Estate Owned) is where my wife and I are Joint Tenants with my parents because we were co-borrowers with my parents on the re-financing of the mortgage in 1993.

1144

SCHEDULES TO FINANCIAL STATEMENT

OF GEORGE AND PAMALA KING

I.  **Government Securities**

Trust for Short Term U.S. Government Securities

Total................$  8,300.00

II.  **Listed Securities** (in retirement accounts)

A.  Toys R. Us          $  9,000.00
B.  Meridian Bancorp    $ 56,000.00
C.  NBD Bancorp         $ 30,000.00
D.  Pepsi Co.           $ 25,000.00

Total................$120,000.00

III.  **Unlisted Securities** (in retirement account)

A.  Software Security Systems, Inc.

$       3.00

Total................$       3.00

IV.  **Real Estate Owned**

| Address | Market Value | Amount Owed |
|---|---|---|
| A.  1750 Rubio Dr. San Marino, CA. | $550,000.00 | $170,000.00 (Citicorp) $138,000.00 (Wells Fargo) |
| B.  HC 30, Box 850 Prescott, AZ. | $230,000.00 | $134,000.00 (Countrywide) |
| C.  854 W. Mabel Monterey Pk., CA. (J/T with parents) | $180,000.00 | $ 96,000.00 (Wells Fargo) |
| Total................ | $960,000.00 | $538,000.00 |

V. **Other Itemized Assets**

    A. George H. King Government Thrift Savings Plan

        $ 13,500.00

    B. Custodial Account for Andrew H. King (child)

        1) Fidelity Southeast Asia Fund

            $ 4,300.00

        2) Fidelity Asset Manager (Growth Fund)

            $ 9,800.00

    C. Pamala J. King Profit Sharing Plan
       (Hennigan & Mercer)

        $ 43,000.00

    D. Pamala J. King Pension Plan
       (Howrey & Simon)

        $ 15,900.00

    E. George H. King Government JRS Paid In Retirement

        $ 7,800.00

    F. Liquid Assets in Retirement Accounts

        $ 21,340.00

        TOTAL...............$ 115,640.00